DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BURLINSON,**
Appellant,

v.

**CRAIG WILSON,**
Appellee.

No. 4D2025-2264

[May 7, 2026]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432013DR000204DRAXMX.

Nicole Burlinson, Longwood, pro se.

Marshall Joel Osofsky of Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and SHAW, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***